| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:02-CR-42 |
| | § | |
| MICHAEL LEON WATTS | § | |

## MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred this matter to the United States Magistrate Judge Keith F. Giblin for consideration of the defendant's motion challenging jurisdiction. Judge Giblin issued findings of fact and a report and recommendation on the motion. The magistrate judge recommended that the Court deny the motion challenging jurisdiction.

The parties have not objected to the magistrate judge's findings. The Court accepts the findings in the report and recommendation. The Court **ORDERS** that Judge Giblin's report (#61) is adopted. The Court further **ORDERS** that the defendant's motion challenging jurisdiction (#57) is **DENIED**.

SIGNED at Beaumont, Texas, this 8th day of April, 2010.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE